UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STMICROELECTRONICS, N.V.,

                Petitioner,

     -against-                09 Civ. 1388 (DAB)
                              ORDER

CREDIT SUISSE SECURITIES (USA) LLC,

                Respondent.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of the letters from the Parties dated February 26, 2009, February 27, 2009, and March 2, 2009. Respondent's fully-submitted motion papers to vacate the arbitration award are due March 16, 2009 unless it pays the award as required under Rule 12904(i) of the FINRA Code of Arbitration Procedure. Upon timely payment of the award, Respondent may then file a petition to vacate by the ninety (90) day deadline set by Section 12 of the FAA.

SO ORDERED.

Dated:    New York, New York
          March 5, 2009

                                        Deborah A. Batts
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/09