UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STMICROELECTRONICS, N.V.,

                   Petitioner,

       -against-                  09 Civ. 1388 (DAB)
                                          ORDER

CREDIT SUISSE SECURITIES (USA) LLC,

                 Respondent.
------------------------------------x

DEBORAH A. BATTS, United States District Judge.

    Parties are to agree upon and to submit to the Court a proposed Order amending the judgment in this matter as described in the Second Circuit decision dated June 2, 2011. Parties are to submit the proposed Order to Chambers no later than Friday, June 17, 2011 at 4:00pm.

SO ORDERED.

Dated:    New York, New York
            June 3, 2011

                                          Deborah A. Batts
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/11