**MANDATE**

N.Y.S.D. Case 09-cv-1388(DAB)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2st day of June, two thousand eleven.

Before:  ROBERT D. SACK,
         GERARD E. LYNCH,
                        *Circuit Judges,*
         LORETTA A. PRESKA,
                        *District Judge.* *

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 27, 2011

---

STMICROELECTRONICS, N.V.,

    *Petitioner-Appellee,*

v.

CREDIT SUISSE SECURITIES (USA) LLC,

    *Respondent-Appellant.*

**JUDGMENT**

Docket No. 10-3847

---

The appeal in the above captioned case from the United States District Court for the Southern District of New York was argued on the District Court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is AFFIRMED IN PART and VACATED IN PART, and the case is REMANDED for further proceedings in accordance with the opinion of this Court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*/s/ Catherine O'Hagan Wolfe*

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
*/s/ Catherine O'Hagan Wolfe*

---

\*   The Honorable Loretta Preska, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 06/27/2011**