```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/11
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STMICROELECTRONICS, N.V., )
)
Petitioner, )
) Case No. 09-CV-1388 (DAB)
v. )
) *Electronically Filed*
CREDIT SUISSE SECURITIES (USA) LLC, )
)
Respondent. )
)

## STIPULATION AND ORDER OF
## VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. The above-captioned action is voluntarily dismissed with prejudice.

2. All of Petitioner's claims against Respondent in the above-captioned action are voluntarily dismissed with prejudice.

3. The dismissal is without costs.

IT IS HEREBY FURTHER ORDERED that the supersedeas bond posted by Defendant Credit Suisse Securities (USA) LLC (Nos. 965-009-625 and 8955685) is VOIDED and the sureties of that bond are DISCHARGED AND EXONERATED of all liability related thereto.

Dated: June ___, 2011

By: _____
Andrew Weissmann
Elizabeth A. Edmondson
JENNER & BLOCK LLP
919 Third Avenue, 37th floor
New York, New York 10022
Tel: (212) 891-1650

*Attorneys for STMicroelectronics N.V.*

Dated: June 15, 2011

By: _____
Andrew L. Frey   Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2500

*Attorneys for Credit Suisse Securities (USA) LLC*

SO ORDERED:

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J.

6/27/11

A/74327156.1